Kevin R. Anderson, Bar 4786
CHAPTER 13 TRUSTEE
Jocelyn J. Rick, Bar 9508
405 SOUTH MAIN, SUITE 600
Salt Lake City, Utah 84111
Telephone: (801)596-2884
Facsimile: (801)596-2898

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 AUG 20 AM 9: 53

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| IN RE:    LORI LYNNE PRICE | Case No. 03T-30845 |
| | Chapter 13 |
| | Judge William T. Thurman |

## DECLARATION OF TRUSTEE
## REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON, the duly appointed acting, Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee. The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| LORI LYNNE PRICE 743 TIMPIE RD TOOELE, UT 84070 | $    3.72 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $  3.72 . This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated this _19_ day of _August_ , 2010.

_Kevin R. Anderson_
KEVIN R. ANDERSON
Chapter 13 Trustee

2

## CERTIFICATE OF MAILING

I the undersigned, an employee of the Standing Chapter 13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the ___19___ day of ___August___, 2010 to the following parties at the addresses listed below:

LORI LYNNE PRICE
743 TIMPIE RD
TOOELE, UT  84074

TREASE & WARD
254 WEST 400 SOUTH, STE 303
SALT LAKE CITY, UT  SALT LAKE CITY, UT  84101

_____
Employee of Office of
Chapter 13 Trustee

Page 2
Case No. 03T-30845
Deposit of Unclaimed Funds
Prepared by: KC    (fg #156)